# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

---

**UNITED STATES OF AMERICA, LORNE HOLLAND and MICHELLE TAYLOR,**

        **Plaintiffs,**

v.                                            **Case No. 6:17-cv-1592-RBD-GJK**

**DAVITA, INC., TOTAL RENAL LABORATORIES, INC. and DVA LABORATORY SERVICES, INC.,**

        **Defendants.**

| **UNITED STATES MAGISTRATE JUDGE:** | Leslie R. Hoffman | **COURTROOM:** | **VIDEO CONFERENCE** |
|---|---|---|---|
| **DEPUTY CLERK:** | Edward Jackson | **COUNSEL FOR PLAINTIFF:** | Aimee J. Hall<br>Jill Schwartz<br>Michael Moore<br>Julie Bracker |
| **AUDIO RECORDING:** | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov | **COUNSEL FOR DEFENDANT:** | Andrew J. O'Connor<br>William Roberts<br>John Bueker |
| **DATE/TIME:**<br>**TOTAL TIME:** | October 6, 2021<br>9:30-3:13<br>5 hours/47 minutes | | |

## CLERK'S MINUTES
## SETTLEMENT CONFERENCE

Case called; appearances taken; procedural setting by the Court.
Settlement Conference held.
Settlement reached.
Confidential terms stated on the record.