UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,
LORNE HOLLAND and MICHELLE
TAYLOR,

      Plaintiffs,

v.                                            Case No:   6:17-cv-1592-RBD-GJK

DAVITA, INC., TOTAL RENAL
LABORATORIES, INC. and DVA
LABORATORY SERVICES, INC.,

      Defendants.

---

## ORDER OF DISMISSAL

This cause is before the Court upon the Settlement Conference Minute Entry (Doc. 241), indicating that this case has settled.  Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 13, 2021.

ROY B. DALTON JR.
United States District Judge